

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In re WTG Fuels, Inc.,

No. 11-19-00390-CV

* Original Mandamus Proceeding

* January 13, 2020

* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied in part and conditionally granted in part. Therefore, in accordance with this court's opinion, we deny WTG Fuels, Inc.'s petition for writ of mandamus as to the October 9, 2019 order in which the Honorable Rodney W. Satterwhite granted the motion to strike the designation of Robert D. Hayter, Nancy Hayter, and Joe Robert Hayter as potentially responsible third parties. We conditionally grant WTG's petition for writ of mandamus as to the October 9, 2019 order in which Judge Satterwhite ordered that Plaintiffs John Schmidt, Robert Graves, and Weston Brandes could conduct net worth discovery against WTG. A writ of mandamus will issue only if Judge Satterwhite does not vacate that order by January 22, 2020.